UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-14339-CIV-MIDDLEBROOKS

JUAN HACHE ROMERO, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.

FINANCIAL BUSINESS AND CONSUMER
SOLUTIONS, INC., a Pennsylvania Corporation,
d/b/a FBCS, Inc., a Pennsylvania Corporation, and
MIDLAND CREDIT MANAGEMENT, INC.,
a Kansas Corporation,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Acceptance of Defendants' Joint Rule 68 Offer of Judgment (DE 44), final judgment is entered in favor of Plaintiff Juan Hache Romero and against Defendants Financial Business and Consumer Solutions, Inc. and Midland Credit Management, Inc., jointly and severally, in the amount of $2,050.00, plus the amount of reasonable attorney's fees and costs incurred by Plaintiff. The Court will determine the amount of reasonable attorney's fees and costs awarded to Plaintiff if the Parties are unable to come to an agreement on such amount, and only when presented with a motion to that effect, filed in accordance with S.D. Fla. Local Rule 7.3.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 2 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record